**Order entered February 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00421-CR
No. 05-13-00423-CR
No. 05-13-00424-CR
No. 05-13-00425-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00180-Q, F11-00182-Q. F11-00183-Q, F11-00191-Q**

## ORDER

These cases are set for submission on Tuesday, February 18, 2014 at 1:00 p.m. Oral argument will take place in Liberty Hall, located on the first floor of the Rockwall County Courthouse at 1111 East Yellowjacket Lane in Rockwall, Texas.

The Court has received a request from KRLD NewsRadio 1080 for permission to record oral argument in these cases for the preparation of related news stories. The Court will not permit audio or visual recordings or photographs to be taken of the proceedings. Members of the Press/Media may only use pencil/pen and paper for taking notes. Accordingly, we **DENY** KRLD News Radio's request.

/s/     ADA BROWN
PRESIDING JUSTICE